IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRITTANY FERGUSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>NARS COSMETICS<br><br>*Defendants*. | Case No.: 3:21-CV-03181-SEM-TSH<br><br>Judge: Sue E. Myerscough |

**MOTION FOR LEAVE TO FILE AN AMENDED CLASS ACTION COMPLAINT INSTANTER**

Plaintiff Brittany Ferguson ("Plaintiff"), by and through the undersigned counsel, moves for leave of the Court to file her First Amended Class Action Complaint, attached hereto as Exhibit 1, *instanter*. In support of his motion, Plaintiff states as follows:

1. On July 1, 2021 Plaintiff filed her Class Action Complaint wherein she brough two separate claims for violations of Illinois' Biometric Information Privacy Act ("BIPA"), as codified at 740 ILCS 14/1, *et seq.*, and naming NARS Cosmetics as the defendant.

2. In her Complaint, Ms. Ferguson named NARS Cosmetics as the defendant but, upon reviewing Defendant's Motion to Dismiss and conducting further research, Defendant should have named Shiseido Americas Corporation, the parent company of NARS Cosmetics, as the Defendant. A deficiency which is remedied in Plaintiff's Amended Complaint.

3. On August 3, 2021 Defendant removed the case from Sangamon County Circuit Court, Illinois to the United States District Court for the Central District of Illinois and on September 10, 2021 Defendant filed its Motion to Dismiss which is now at bar. Plaintiff's due date for a responsive pleading is October 25, 2021.

4. Plaintiff has not yet filed an amended pleading and wishes to do so no to address those issues raised in Defendant's Motion to Dismiss which was brought pursuant to Federal Rule of Civil Procedure 12(b). See Fed. R. Civ. P. 15(a)(1).

5. Defendant will not be prejudiced by the amendment.

6. Plaintiff's counsel was able to contact Defendant's counsel and advise him of Plaintiff's purposed course of action. Defendant's counsel represented that Defendant's would not object to Plaintiff's Amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests the Court grant this Motion and deem the First Amended Class Action Complaint filed, *instanter*.

Dated: October 25, 2021

Respectfully Submitted:

By: /s/ Adam Florek
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
Adam Florek – Il Bar # 6320615
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com
Email: aflorek@peifferwolf.com

COUNSEL FOR THE PLAINTIFF
AND THE PUTATIVE CLASS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court using the CM/ECF e-filing system, said system shall serve this document on all those who have entered their appearance in this matter.

/s/ Adam Florek